*Revised AO 45 (WDNC-03/07)*

| | |
|---|---|
| **NEW CRIMINAL CASE COVER SHEET** | **U. S. DISTRICT COURT** |
| *(To be used for **all** new Bills of Indictments and Bills of Information)* | |

**CASE SEALED:** ( ) Yes   (X ) No    **DOCKET NUMBER:** 3:11cr122
*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs. COMMUNITYONE BANK, N.A.

**COUNTY OF OFFENSE** : MECKLENBURG COUNTY

**RELATED CASE INFORMATION** : (see below)

    *Magistrate Judge Case Number* : _____

    *Search Warrant Case Number* : _____

    *Miscellaneous Case Number* : _____

    *Rule 20b* : _____

**SERVICE OF PROCESS -** _____

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:   ☐ Petty   ☐ Misdemeanor   X Felony

Title 31 U.S.C. 5318(h)

---

**JUVENILE :**   ☐ Yes   X No

---

**ASSISTANT U. S. ATTORNEY** : KURT W. MEYERS

**VICTIM / WITNESS COORDINATORS :**   shirley.rutledge@usdoj.gov /ulricia.kennedy@usdoj.gov

---

**INTERPRETER NEEDED** : _____
**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**  **RELATED TO:   United States v. Keith Franklin Simmons - Case No.:  3:10CR23**