# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-CR-00122-RJC-DSC

| | |
|---|---|
| USA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| COMMUNITYONE BANK, N.A., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 9), of the Information, (Doc. No. 1), with prejudice, pursuant to a deferred prosecution agreement, (Doc. No. 2).

**IT IS ORDERED** that the Government's motion, (Doc. No. 9), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** with prejudice.

Signed: September 27, 2013

Robert J. Conrad, Jr.
United States District Judge